UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     Case No. 08-20023

v                                     HONORABLE AVERN COHN
                                     UNITED STATES DISTRICT JUDGE

D-1, KEVIN ROSE,

       Defendant.
_____/

**ORDER REGARDING DEFENDANT'S MOTION TO
TRANSFER  TO MILAN OR FOR BOND PENDING TRIAL**

      Before the Court is the above referenced motion.  The Court being fully advised in the premises,

      IT IS HEREBY ORDERED that the motion to transfer is GRANTED.  If space is available the defendant shall be transferred to FCI Milan or in the alternative to the Saint Clair County Jail.

      IT IS FURTHER ORDERED that the motion for bond pending trial is DENIED.  The defendant was fugitive for approximately a year and poses a flight risk.

      SO ORDERED.

Dated:  April 10, 2009                  s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 10, 2009, by electronic and/or ordinary mail.

                                                        s/Julie Owens
                                                      Case Manager, (313) 234-5160