UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 08-20023

v.        HONORABLE AVERN COHN

D-1, KEVIN DERRICK ROSE,

        Defendant.
_____/

## ORDER DENYING MOTIONS

For the reasons stated on the record at the hearing held on May 14, 2009 the following motions are DENIED:

    Defendant's Motion to Dismiss Based Upon the Prohibitions Against Double Jeopardy

        and

    Defendant's Motion to Suppress Evidence Based on False and Inaccurate Information Contained in the Affidavit to Obtain Warrant

SO ORDERED.

Dated: May 14, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was sent to counsel of record by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160